# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ELLISON, KEITH P. | U.S.D.C. SOUTHERN DISTRICT OF TEXAS | 8/2/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-ACTIVE | ☐ Nomination  Date <br> ☐ Initial  ✔ Annual  ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

515 RUSK STREET, ROOM 3716
HOUSTON, TEXAS 77002

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Harry A. Blackmun Scholarship Foundation |
| 2. Director | Executive Committee Order of Coif |
| 3. Secretary | Rhodes Scholarship Selection Committee -District VIII |
| 4. Director | Houston Achievement Place |
| 5. Counsel | American Inn of Court, Nancy F. Atlas Chapter |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ELLISON, KEITH P. | 8/2/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 Year | Norton Rose Fulbright, L.L.P. partnership profits |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Order of Coif | January 2020 | Washington, D.C. | Committee Meeting | Transportation / Meals / Lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ELLISON, KEITH P.** | 8/2/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Wallis State Bank | Revolving Loan Agent | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. 401(K) SAVINGS PLAN Vanguard | | | | | | | | | |
| 2. - Vanguard Prime Money Market Fund | A | Interest | L | T | | | | | |
| 3. - Vanguard Total Bond Market Index Fund | E | Interest | O | T | Sold (part) | 01/06/20 | L | E | |
| 4. Vanguard Total Bond Market Index Fund | E | Interest | O | T | Sold (part) | 03/02/20 | L | E | |
| 5. - Vanguard International Stock Index Fund | E | Dividend | M | T | | | | | |
| 6. - Vanguard Total Stock Market Index Fund | E | Dividend | P1 | T | | | | | |
| 7. RETIREMENT SAVINGS PLAN Govt Plan | | | | | | | | | |
| 8. - Spartan U. S. Equity Income | B | Dividend | O | T | | | | | |
| 9. WELLS FARGO BANK | A | Interest | J | T | | | | | |
| 10. WELLS FARGO BANK | A | Interest | J | T | | | | | |
| 11. AMEGY BANK OF TEXAS CHECKING ACCOUNT | A | Interest | N | T | | | | | |
| 12. AMEGY BANK OF TEXAS SAVINGS ACCOUNT | A | Interest | M | T | | | | | |
| 13. FIDELITY - INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 14. - Fidelity Municipal Money Market | A | Interest | J | T | | | | | |
| 15. Adams Express Co. (y) | A | Dividend | J | T | | | | | |
| 16. - Adams Express | D | Dividend | M | T | Sold (part) | 10/28/19 | K | D | |
| 17. - Adams Express | D | Dividend | M | T | Sold (part) | 08/13/19 | L | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ELLISON, KEITH P.** | 8/2/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Fairpoint Communications, Inc. (y) | A | Dividend | J | T | | | | | |
| 19.  Merek & Co. (y) | A | Dividend | L | T | | | | | |
| 20.  Verizon (y) | A | Dividend | L | T | | | | | |
| 21.  Lehman Bros | A | Interest | J | T | | | | | |
| 22.  Govt. Natl. Mortg. Assn | A | Interest | L | T | | | | | |
| 23.  FIDELITY IRA | | | | | | | | | |
| 24.  -Lehman Bros Hldgs Inc | A | Interest | K | T | | | | | |
| 25.  -Time Warner Cos Inc DEB | A | Interest | L | T | | | | | |
| 26.  -Adams Express Company | C | Dividend | L | T | Sold<br>(part) | 09/17/19 | L | D | |
| 27.  -Fidelity Inflation Protected Bond | A | Interest | L | T | | | | | |
| 28.  -Fidelity Strategic Income | A | Interest | M | T | | | | | |
| 29.  -Frontier -Communications Corp Com | A | Dividend | J | T | | | | | |
| 30.  -Merck & Co Inc New Com | A | Dividend | L | T | | | | | |
| 31.  -Verizon Communications | B | Dividend | L | T | | | | | |
| 32.  - Fidelity Money Market | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **ELLISON, KEITH P.** | 8/2/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Under Fidelity Individual Account:

Fairpoint Communications, Inc was previously listed erroneously. It has been deleted.

Merek & Co., Verizon , and Lehman Bros were previously erroneously listed under both my Fidelity Individual account and my Fidelity IRA account. They have been deleted from my individual account.

Government National Mortgage Associan was listed in error and has been deleted.

Under Fidelity IRA Account, Van Kampen Internet Mutual Fund was listed erroneously. It has been deleted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ KEITH P. ELLISON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544